UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kimjaro Presley, ) | C/A No. 1:13-3441-JFA-SVH |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| William R. Byars, Jr., et al.; Michael ) | |
| Matthews, Director of Classification, ) | |
| SCDC; Larry Cartledge, Warden, Perry ) | |
| Correctional Institution; Florence Mauney, ) | |
| Associate Warden of Security, Perry ) | |
| Correctional Institution; Scott Lewis, ) | |
| Associate Warden of Security, McCormick ) | |
| Correctional Institution; Curtis Early, Major ) | |
| of Security, Perry Correctional Institution; ) | |
| First Name Unknown, Ms. Ogunsile, ) | |
| Classification and Inmate Records Program ) | |
| Director, Perry Correctional Institution; D. ) | |
| Filmore, Institutional Classification ) | |
| Committee, Perry Correctional Institution; ) | |
| L. Buttrey, Institutional Classification ) | |
| Committee, Perry Correctional Institution; ) | |
| J. Jimenez, Institutional Classification ) | |
| Committee, Perry Correctional Institution, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff is an inmate with the South Carolina Department of Corrections. He brings this action pursuant to 42 U.S.C. § 1983 raising various claims that he has been denied outside recreation and access to media materials. He also contends that he has been improperly classified as a security threat.

1

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that this action should be summarily dismissed. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation which was issued on January 10, 2014. The plaintiff did not file objections to the Report and the time within which to do so has expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED.

February 24, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge