AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kimjaro Presley,<br>*Plaintiff*<br>v.<br>William R. Byars, Jr., et al.; Michael Matthews, Director of Classification, SCDC; Larry Cartledge, Warden, Perry Correctional Institution; Florence Mauney, Associate Warden of Security, Perry Correctional Institution; Scott Lewis, Associate Warden of Security, McCormick Correctional Institution; Curtis Early, Major of Security, Perry Correctional Institution; First Name Unknown, Ms. Ogunsile, Classification and Inmate Records Program Director, Perry Correctional Institution; D. Filmore, Institutional Classification Committee, Perry Correctional Institution; L. Buttrey, Institutional Classification Committee, Perry Correctional Institution; J. Jimenez, Institutional Classification Committee, Perry Correctional Institution,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>Civil Action No.    1:13-cv-03441-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Kimjaro Presley, shall take nothing of the defendants, William R. Byars, Jr., Micheal Matthews, Larry Cartledge, Florence Mauney, Scott Lewis, Curtis Early, First Name Unknown Ms. Ogunsile, D. Filmore, L. Buttrey, and J Jiminez, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

AO 450 (SCD 04/2010)  Judgment in a Civil Action

■ decided by the Honorable Joseph F. Anderson, United States District Judge, presiding, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   February 24, 2014                                              *LARRY W. PROPES, CLERK OF COURT*

                                                                                          s/A. Buckingham
                                                                            _____
                                                                                *Signature of Clerk or Deputy Clerk*